ACCEPTED
05-17-01449-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 10:10 AM
LISA MATZ
CLERK

05-17-01449-CV

In the Fifth Court of Appeals
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 10:10:49 AM
LISA MATZ
Clerk

Joan Gillham,
*Appellant,*

v.

Angelina Sanchez,
*Appellee.*

On Appeal from the 134th District Court
Dallas County, Texas
Cause No. DC-17-000889

Appellant's Second Motion for Extension of Time to File Brief

Perry Cockerell
State Bar No. 04462500
Adkerson, Hauder & Bezney, P.C.
1700 Pacific Avenue, Suite 4450
Dallas, Texas 75201
214-740-2521 – Telephone
214-740-2501 – Facsimile

Attorneys for Appellant

1

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant, Joan Gillham and pursuant to Tex. R. App. P. 10.5(b) and 38.6(d) and files her Appellant's Second Motion For Extension of Time to File Brief and requests that the Court extend the time for the filing of Appellant's Brief and would show the Court as follows:

## I.

The notice of appeal in this case was filed in the court of appeals on December 14, 2017. The clerk's record was filed on March 6, 2018.

## II.

On April 18, 2018, the Court ordered the Appellant's brief to be filed within thirty days of the filing of the reporter's record or June 4, 2018, whichever is later. Appellant's Brief is therefore due today.

## III.

The reporter's record was filed with the court on May 31, 2018. Appellant requests that the Court order the Appellant's brief to be filed 30 days after the court reporter filed her record with the Court being June 30, 2018.

IV.

Appellee's counsel does not oppose this motion and requests an extension of time to file her brief to which Appellant does not oppose.

V.

This is Appellant's second request for an extension of time to file her Appellant's brief.  The first extension was on the grounds that the reporter's record was not filed and Appellant could not proceed with her brief.

WHEREFORE PREMISES CONSIDERED, Appellant requests that the Court grant an extension to file Appellant's brief on June 30, 2018.

Respectfully submitted,

By:  */s/ Perry J. Cockerell*
Perry J. Cockerell
State Bar No. 04462500
pcockerell@ahblaw.net

**ADKERSON, HAUDER & BEZNEY, P.C.**
1700 Pacific Street, Suite 4450
Dallas, Texas  75201
Telephone: 214-740-2521
Fax: 214-740-2501

**ATTORNEYS FOR APPELLANT**

3

## Certificate of Conference

This is to certify that counsel for Appellant and Appellee have conferred on the merits of the motion and that counsel for Appellee has no objection to the filing of the motion.

*/s/ Perry J. Cockerell*
Attorney for Appellant

## Certificate of Service

This is to certify that all counsel of record have been provided with a copy of the foregoing by electronic service, on this 4th day of June 2018.

*/s/ Perry J. Cockerell*
Attorney for Appellant